UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HECTOR JAVIER ESPINO-SOLORIO,<br><br>                      Petitioner,<br><br>     v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                      Respondent. | Case No. C20-103-RSL-MLP<br><br>ORDER GRANTING MOTION TO APPOINT COUNSEL AND APPOINTING FEDERAL PUBLIC DEFENDER |

This is a 28 U.S.C. § 2241 immigration habeas action. Currently before the Court is Petitioner's motion for the appointment of counsel. (Dkt. # 7.) Respondent did not oppose the motion.

When the interests of justice so require, the Court may appoint counsel to represent any financially eligible individual who is seeking relief under § 2241. 18 U.S.C. § 3006A(a)(2)(B). Although Petitioner did not qualify to proceed *in forma pauperis* in this action, his *in forma pauperis* application demonstrates that he is financially unable to obtain counsel. In addition, the Court has reviewed the record in this case and determines that the interest of justice require the appointment of counsel. Accordingly, the Court GRANTS Petitioner's motion to appoint counsel

ORDER GRANTING MOTION TO APPOINT
COUNSEL AND APPOINTING FEDERAL
PUBLIC DEFENDER - 1

(dkt. # 7) and APPOINTS the Federal Public Defender for the Western District of Washington to represent Petitioner in these proceedings.

**Within 14 days** of the date of this Order, the Federal Public Defender shall enter an appearance. **Within 21 days** of the date of this Order, (1) Petitioner shall file an amended habeas petition, **or** (2) the parties shall meet, confer, and propose a new noting date for the Government's motion to dismiss in order to allow the Federal Public Defender time to prepare and file a response on Petitioner's behalf.

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 14 day of April, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge